Hal

# *UNITED STATES DISTRICT COURT*
*for the*
*District of Rhode Island*

RECEIVED

JAN 18 2006

US MARSHALS
RHODE ISLAND

***Case No. CR 03-071-03ML***

***To:*** ***Warden***
***FCI - Fort Dix***
***Fort Dix, New Jersey***

YOU ARE HEREBY COMMANDED, to have the **body** of **BILAL ABDUL RASHID**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:30 o'clock a.m.**, on the **22nd** day of **February, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**Return unexecuted, court appearance cancelled.**

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: January 12, 2006.

Re-sentencing Hearing

***By*** Mary M. Lisi
***Mary M. Lisi, District Judge***