**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CR. NO. 03-71-03ML** |
| | : | |
| **BILAL ABDUL RASHID** | : | |

**NOTICE OF APPEAL IN FORMA PAUPERIS**

Now comes the Defendant, Bilal Abdul Rashid, and hereby appeals his judgment and sentence in the above-entitled matter. Mr. Rashid is without the funds necessary to hire an attorney and requests this Honorable Court appoint an attorney to represent him. Attorney William J. Murphy was court-appointed for Mr. Bilal's first appeal.

Respectfully submitted,
Bilal Abdul Rashid,
By his Attorney,

William J. Murphy #4258
Murphy & Fay, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Tel: 401-490-3200/Fax: 401-490-3207

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the within was mailed to Assistant United States Attorney, Adi Goldstein, Esquire, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, on the 3rd day of March, 2006.