Bilal Abdul-Rashid
950 High Street
Central Falls, RI 02863

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OR RHODE ISLAND

| | | |
|---|---|---|
| United States | : | |
| Plaintiff | : | |
| V. | : | |
| BILAL Abdul-Rashid | : | CASE No. CR 03-071-03 ML |
| Defendant | : | NOTICE OF APPEAL |
| | : | |
| ____________________XX | | |

**The defendant, Bilal Abdul-Rashid,** hereby gives notice of appeal of the judgement entered against him by the Honorable judge Mary Lisi on February 27, 2006.

Respectfully submitted this 3rd day of March 2006.

Bilal Abdul-Rashid
________________________
Bilal Abdul-Rashid/Defendant

Copies submitted 3rd day of March 2006 to each of the following:

June Carlton

June Maria Carlton
Notary Public
My Commission Expires 4/2/2006
State of Rhode Island