UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

U.S. COURT OF APPEALS
RECEIVED
MAR 15 2006
FOR THE FIRST CIRCUIT

DAVID A. DIMARZIO
CLERK OF COURT

March 9, 2006

Clerk of Court
United States Court of Appeals
One Courthouse Way, ~~Suite 2235~~
Boston, MA 02210

CR 03-071-03ML
USA v. Bilal Abdul Rashid

CCA# 06-1460

Dear Clerk of Court:

Enclosed herewith you will find the ~~NOTICE OF APPEAL and~~ a certified copy of the docket entries . **Please note that on March 3, 2006, a Notice of Appeal was filed by Attorney William J. Murphy as to this defendant regarding the same judgment re: re-sentencing on remand. The case file and other pertinent documents were forward to the circuit court on that same date.**

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel
Deputy Clerk

Encl.: **Notice of Appeal; certified docket.**