CR: 03-71 J. Lisi

MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 06-1428

UNITED STATES,

Appellee,

v.

BILAL ABDUL RASHID,

Defendant, Appellant.

---

Before

Torruella, Circuit Judge,
Selya, Senior Circuit Judge,
and Lynch, Circuit Judge.

---

JUDGMENT

Entered: February 20, 2007

Appellant was sentenced, on remand by this court for reconsideration of the sentence in light of United States v. Booker, 543 U.S. 220 (2005), to serve 150 months in prison as a result of his conviction on two counts involving crack cocaine. On appeal, he argues that the re-sentencing court erred in relying on factual findings made not by the jury but by the court itself. Under Booker, the finding of sentencing facts by the court is not error unless such findings are made under a mandatory sentencing guideline system. In the instant case, the court clearly treated the guidelines as advisory. Viewing a sentence within the advisory guideline range as too harsh, the court imposed a non-guideline sentence five years shorter than the low end of the advisory sentencing guideline range.

The judgment is summarily affirmed. See 1st Cir. R. 27.0(c).

By the Court:
Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: MAR 13 2007

By: LYNNE ALIX MORRISON
Lynne Alix Morrison, Appeals Attorney

[ cc: Donald Lockhart, AUSA and William J. Murphy, Esq. ]