UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 03-071 ML

BILAL ABDUL RASHID :

MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

NOW comes the defendant, Bilal Abdul Rashid, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant hereby incorporates by reference the attached memorandum of law in support of motion for sentence reduction.

Bilal Abdul Rashid,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Adi Goldstein, AUSA and on Kristin Mattias, USPO on the 6th day of June 2008.

/s/ Edward C. Roy, Esquire

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 03-071 ML

BILAL ABDUL RASHID :

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

The defendant, Bilal Abdul Rashid, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant states that:

1. On February 27, 2006, he was sentenced to a term of 150 months imprisonment after having been found guilty of conspiracy and possession of cocaine base, with intent to distribute. This sentence represented a variance from the applicable guideline range of 210-262 months imprisonment.

2. Based upon the amendments to U.S.S.G. § 2D1.1, effective as of the date of November 1, 2007, the defendant's base offense level would be reduced to a range of 168 to 210 months.

3. As the sentence imposed by the court represented 71% of the low end

of 210 months, the defendant would be entitled to a reduction to 71% of the low end of the newly-applicable guideline range, or 120 months.

Wherefore, the defendant prays that this Honorable Court reduce his sentence to 120 months imprisonment, the mandatory minimum sentence.

Bilal Abdul Rashid,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Adi Goldstein, AUSA and on Kristin Mattias, USPO on the 6th day of June 2008.

/s/ Edward C. Roy, Esquire