UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 03-071-03 ML

BILAL ABDUL RASHID

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § § 1B1.10, 2D1.1. For the reasons set forth below, Defendant's Motion is DENIED.

Defendant was found guilty after a jury trial of conspiracy and possession with intent to distribute under 5 grams of cocaine base. The Court initially sentenced Defendant, under the mandatory guidelines regime then in place, to a prison term of 210 months, the low end of Defendant's guideline range. (Criminal History Category IV and offense level of 34.)

While Defendant's appeal was pending, the United States Supreme Court issued its opinion in United States v. Booker, 543 U.S. 220 (2005). The First Circuit remanded Defendant's case for re-sentencing. This Court conducted a re-sentencing hearing on February 27, 2006. At that time, the Court reiterated its finding that Defendant's guideline range was 210-262 months. After hearing from Defendant's counsel and the government, the Court determined that a "reasonable" sentence for Defendant was a term of imprisonment of 150 months.

Defendant now argues that because the Court exercised its discretion to impose

a sentence below the advisory guideline range pursuant to Booker, the Court should now impose a sentence proportionately commensurate with his revised guideline range under the new "crack" amendment. He argues for a sentence of 120 months, the mandatory minimum sentence.

When this Court re-sentenced Defendant, it could have imposed the mandatory minimum sentence he now seeks. The dictates of Booker would have allowed for such an exercise of the Court's discretion. The Court determined, based on all the factors set forth in 18 U.S.C. § 3553, that a reasonable sentence for Defendant was 150 months. The Sentencing Commission's amendment to the "crack" guideline does not alter that finding by the Court. Defendant's Motion, therefore, is DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
June 26 , 2008