UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No. 03-071-03 ML

BILAL ABDUL RASHID :

NOTICE OF APPEAL

NOW comes the defendant, Bilal Abdul Rashid, and notices his appeal from the Memorandum and Order issued by the court on June 26, 2008 denying his motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § § 1B1.10, 2D1.1.

Bilal Abdul Rashid,
By counsel,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Adi Goldstein, AUSA and Donald Lockhart, AUSA on the 7th day of July, 2008 by way of ECF case filing.

/s/ Edward C. Roy, Esquire