UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

July 8, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 03-071-03ML **CCA# ______________**
USA v. Bilal Abdul Rashid

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By__________________________
John Duhamel
Deputy Clerk

Encl: **Case file, incl. Statement of Reasons (sealed), PSR (sealed)**
**TRANSCRIPTS: Doc. Nos. 168, 169, 170 [seven vols.], 177, 194**
**Certified Docket**